Kimberlee A. Colbo
HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 W. 3rd Avenue, Suite 110
Anchorage, Alaska 99501
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
Email: kcolbo@hugheswhite.com

Attorneys for Defendant State Farm Mutual
Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VERA BASARGIN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. 3:16-cv-00041-HRH |

**DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES**

On January 25, 2018, the jury rendered a verdict awarding plaintiff $85,428.70, which was less than the amount already recovered by plaintiff from other insurance. *See* Exhibit A. Pursuant to Alaska Civil Rule 82(b)(2) and D. Ak. LR 54.3, defendant now moves for an award of attorneysô fees in the amount of $29,451.90, which

is 30% of the actual reasonable attorneysô fees of $98,173.00 necessarily incurred in the defense of this matter.

The instant lawsuit was removed to the United States District Court for the District of Alaska based on diversity jurisdiction. With respect to the award of attorneysô fees in a diversity action, D. Ak. LR 54.3 provides as follows:

> (a) **Motion**. A motion for attorneyôs fees under Rule 54(d)(2), Federal Rules of Civil Procedure, must:
>
> (1) state the amount requested;
>
> (2) set forth the authority for the award, whether Rule 82, Alaska Rules of Civil Procedure, a federal statute, contractual provision, or other grounds entitling the moving party to the award; and
>
> (3) be accompanied by an affidavit that providesð
>
> [A] total number of hours worked and billing rate for each lawyer and paraprofessional,
>
> [B] the amount charged to the client, if any, and
>
> [C] has attached as exhibits bills sent or other detailed itemization as may be appropriate.

In the instant case, pursuant to D. Ak. LR 54.3, Alaska Civil Rule 82 provides the legal authority for awarding attorneysô fees to defendant, the prevailing party in this litigation. Alaska Civil Rule 82 requires the award of attorneysô fees to the ñprevailing partyò and requires that the court ñadhereò to the fee schedule ñin fixing the award of attorneyôs fees to a party recovering a money judgment in a case.ò Alaska Civil Rule 82(b)(2) provides in pertinent part:

> In cases in which the prevailing party recovers no money judgment, the court shall award the prevailing party in a case which goes to trial 30 percent of the prevailing partyôs reasonable actual attorneyôs fees which were necessarily incurred, and shall award the prevailing party in a case resolved without trial 20 percent of its actual attorneyôs fees which were necessarily incurred. The actual fees shall include fees for legal work customarily performed by an

attorney but which was delegated to and performed by an investigator, paralegal or law clerk.

Submitted herewith is the affidavit of Kimberlee A. Colbo which itemizes the attorneyôs fees incurred by defendant during the course of this action. In accordance with the dictate of D. Ak. LR 54.3, the affidavit, through the attached itemized invoices, breaks down the fees by date, description of services rendered, amount of time expended, and cost of those services. The total attorneyôs fees incurred by defendant during the course of this case through January 25, 2018 is $98,173.00. The attorneyôs fees, including legal assistant charges, are set forth in Exhibits ñAò through ñMò attached to the affidavit of Kimberlee A. Colbo.

Based on D. Ak. LR 54.3 and Alaska Civil Rule 82(b)(2),(3) defendant requests that the court award it a total of $29,451.90 in attorneyôs fees. An appropriate proposed order is submitted herewith for the courtôs consideration.

RESPECTFULLY SUBMITTED this 5th day of February, 2018.

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

By: s/Kimberlee A. Colbo
Kimberlee A. Colbo
ABA No. 9211072

I hereby certify that a true and correct
copy of the foregoing was electronically
served this 5th day of February, 2018 to:

Jeffrey J. Barber - jeffb@alaskainjury.com, angiem@alaskainjury.com, nicolap@alaskainjury.com

s/Kimberlee A. Colbo