IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| VERA BASARGIN, Plaintiff, vs. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant. | ) | No. 3:16-cv-0041-HRH |

SPECIAL VERDICT

We, the jury in the above-captioned case, answer the question submitted to us as follows:

1) What are the total damages to Ms. Basargin that were caused by the motor vehicle collision?

| | | |
|---|---|---|
| a. | **Past Medical Expenses** | $ 30,428.70 |
| b. | **Past Non-economic Losses** | $ 45,000.00 |
| c. | **Future Non-economic Losses** | $ 10,000.00 |
| | **TOTAL** | $ 85,428.70 |

DATED at Anchorage, Alaska, this 25th day of January, 2018.

Juror #4 - Signature Redacted

Foreperson of the Jury